**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

FEDERAL TRADE COMMISSION and STATE OF GEORGIA,

Plaintiffs,

v.

STEVEN D. PEYROUX, individually and as an owner and officer of REGENERATIVE MEDICINE INSTITUTE OF AMERICA, LLC, also d/b/a Stem Cell Institute of America, LLC, PHYSICIANS BUSINESS SOLUTIONS, LLC, and SUPERIOR HEALTHCARE, LLC,

BRENT J. DETELICH, individually and as an officer of REGENERATIVE MEDICINE INSTITUTE OF AMERICA, LLC, also d/b/a Stem Cell Institute of America, LLC,

REGENERATIVE MEDICINE INSTITUTE OF AMERICA, LLC, a limited liability company, also d/b/a Stem Cell Institute of America, LLC,

PHYSICIANS BUSINESS SOLUTIONS, LLC, a limited liability company, and

SUPERIOR HEALTHCARE, LLC, a limited liability company,

Defendants.

Case No. 1:21-cv-03329-AT

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rules of Civil Procedure 7 and 56, and Local Rule 56.1, Plaintiffs the Federal Trade Commission ("Commission" or "FTC") and the State of Georgia, as represented in this matter by the Office of the Attorney General of Georgia (collectively, "Plaintiffs"), hereby move for summary judgment on the following grounds: (1) There is no genuine dispute as to any material fact; (2) Defendants have violated Sections 5 and 12 of the FTC Act and Georgia's FBPA by (a) making false and unsubstantiated efficacy claims, (b) making false FTC and FDA approval claims, (c) providing others with the means to mislead consumers, and (d) disseminating false or misleading representations using a computer or computer network; and (3) Plaintiffs are therefore entitled to Judgment as a Matter of Law.

This Motion is based on the annexed Memorandum of Law, statement of undisputed material facts, declarations and exhibits, expert reports, deposition transcripts, and other materials attached. Plaintiffs' Memorandum of Law exceeds the 25-page limitation imposed by Local Rule 7.1(D). Plaintiffs filed a Motion to Enlarge Page Limits on February 15, 2023, seeking an Order authorizing Plaintiffs to file a fifty (50) page brief and a (30) page reply. Dkt. 66. Since filing that Motion, Plaintiffs have endeavored to prepare a Memorandum that is complete, yet as brief as possible. Plaintiffs' attached Memorandum is thirty-four (34) pages, considerably fewer pages than requested in their Motion to Enlarge Page Limits,

and fewer than the thirty-five (35) pages Defendants deemed agreeable, per their Opposition to Plaintiffs Motion. Dkt. 68. Due to the breadth of Defendants' schemes, the voluminous evidentiary basis for the motion, federal and state law claims, and the variety of relief requested, a fair presentation of the bases for summary judgment requires greater length than twenty-five pages. Plaintiff's Motion to Enlarge Page Limits remains pending. If the Court denies Plaintiffs' Motion to Enlarge Page Limits, they ask for leave to cure.

Plaintiffs seeks injunctive relief under the FTC Act and FBPA, and restitution, civil penalties, and other equitable relief under the FBPA. A Proposed Order is attached.

Dated: March 17, 2023

Respectfully submitted,

/s/ Elizabeth Nach
ELIZABETH NACH (Va. Bar No. 75235)
STACY N. CAMMARANO (D.C. Bar No. 1510736)
ROBERT VAN SOMEREN GREVE (D.C. Bar No. 1617234)
CASSANDRA RASMUSSEN (D.C. Bar 1617603)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel.: (202) 326-2611 (Nach)
(202) 326-3308 (Cammarano)
(202) 326-2523 (Van Someren Greve)
(202) 684-0175 (Rasmussen)
Email: enach@ftc.gov
scammarano@ftc.gov
rvansomerengreve@ftc.gov

crasmussen@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

/s/ Jacquelyn L. Kneidel
JACQUELYN L. KNEIDEL
Ga. Bar No. 644727
Office of the Attorney General Chris Carr
Georgia Department of Law
2 Martin Luther King, Jr. Drive, SE, Suite 356
Atlanta, GA 30334
Tel: (404) 458-3871
Email: jkneidel@law.ga.gov

*Attorney for Plaintiff State of Georgia*

# CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2023, I caused service of *Plaintiffs' Motion for Summary Judgment* to be made by electronic filing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

Date: March 17, 2023

/s/ Elizabeth Nach
Elizabeth Nach

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Local Rule 7.1(D), that this document complies with Local Rule 5.1(C), as it was prepared using a 14-point Times New Roman font.

Date: March 17, 2023

/s/ Elizabeth Nach
Elizabeth Nach