# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION and STATE OF GEORGIA,<br><br>    Plaintiffs<br><br>    v.<br><br>STEVEN D. PEYROUX, individually and as an owner and officer of REGENERATIVE MEDICINE INSTITUTE OF AMERICA, LLC also d/b/a Stem Cell Institute of America, LLC, PHYSICIANS BUSINESS SOLUTIONS, LLC, and SUPERIOR HEALTHCARE, LLC,<br><br>BRENT J. DETELICH, individually and as an officer of REGENERATIVE MEDICINE INSTITUTE OF AMERICA, LLC, also d/b/a Stem Cell Institute of America, LLC,<br><br>REGENERATIVE MEDICINE INSTITUTE OF AMERICA, LLC, a limited liability company, also d/b/a Stem Cell Institute of America, LLC,<br><br>PHYSICIANS BUSINESS SOLUTIONS, LLC, a limited liability company, and<br><br>SUPERIOR HEALTHCARE, LLC, a limited liability company,<br><br>    Defendants. | Case No. 1:21-cv-03329-AT<br><br>**DEFENDANTS' NOTICE OF FILING REFUND EVIDENCE REFERENECED DURING RELIEF HEARING** |

1

Pursuant to the Court's June 18, 2024, order directing Defendants to "point the Court to any record evidence regarding any refunds or partial refunds paid to customers," (Doc. 156), Defendants Steven D. Peyroux, Regenerative Medicine Institute of America, LLC, Physicians Business Solutions, LLC, and Superior Healthcare, LLC (collectively, the "Defendants") hereby file the sworn declaration of Superior Healthcare, LLC's ("SHC") former bookkeeper and documentation of refunds and partial refunds paid to customers who also appear within the Plaintiff's listing of consumers who purchased stem cell products and/or services from SHC (Exhibit 539).

Respectfully submitted this 11th day of July 2024.

/s/ Ivy A. Oxendine
Ivy A. Oxendine
Ga. Bar No. 952891
Oxendine Law Group, PC
4370 Peachtree Road NE
First Floor
Atlanta, GA 30319
404.844.8129
ivyoxendine71@gmail.com

/s/ C. Brian Jarrard
C. Brian Jarrard
Ga. Bar No. 389497
Jarrard Law Group, LLC
4108 Arkwright Road
Suite 2
Macon, GA 31210
478.477.0004

brian@jarrardlawgroup.com

*Attorneys for Steven D. Peyroux, Regenerative Medicine Institute of America, LLC, Physicians Business Solutions, LLC, and Superior Healthcare, LLC*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Northern District of Georgia Local Rule 7.1(D), the undersigned counsel for the Defendants hereby certifies that the above and foregoing is a computer document prepared in accordance with Local Rule 5.1(C) using Times New Roman 14-point font and including margins of 1" on all sides.

/s/ *Ivy A. Oxendine*
Ivy A. Oxendine
Ga. Bar No. 952891
Oxendine Law Firm, PC
4370 Peachtree Road NE
First Floor
Atlanta, GA 30319
404.844.8129
ivyoxendine71@gmail.com

/s/ C. Brian Jarrard
C. Brian Jarrard
Ga. Bar No. 389497
Jarrard Law Group, LLC
4108 Arkwright Road
Suite 2
Macon, GA 31210
478.477.0004
brian@jarrardlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 11th day of July 2024, I served a copy of the foregoing upon all parties to this matter by electronically filing the same with the CM/ECF electronic filing system, which will cause a copy to be electronically served on all counsel of record.

Respectfully submitted, this 11th day of July 2024.

> /s/ Ivy A. Oxendine
> Ivy A. Oxendine
> Ga. Bar No. 952891
> Oxendine Law Firm, PC
> 4370 Peachtree Road NE
> First Floor
> Atlanta, GA 30319
> 404.844.8129
> ivyoxendine71@gmail.com