UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION and STATE OF GEORGIA,<br><br>    Plaintiffs,<br><br>    v.<br><br>STEVEN D. PEYROUX, individually and as an owner and officer of REGENERATIVE MEDICINE INSTITUTE OF AMERICA, LLC, also d/b/a Stem Cell Institute of America, LLC, PHYSICIANS BUSINESS SOLUTIONS, LLC, and SUPERIOR HEALTHCARE, LLC,<br><br>BRENT J. DETELICH, individually and as an officer of REGENERATIVE MEDICINE INSTITUTE OF AMERICA, LLC, also d/b/a Stem Cell Institute of America, LLC,<br><br>REGENERATIVE MEDICINE INSTITUTE OF AMERICA, LLC, a limited liability company, also d/b/a Stem Cell Institute of America, LLC,<br><br>PHYSICIANS BUSINESS SOLUTIONS, LLC, a limited liability company, and<br><br>SUPERIOR HEALTHCARE, LLC, a limited liability company,<br><br>    Defendants. | Case No. 1:21-cv-03329-AT<br><br><br>**PLAINTIFF STATE OF GEORGIA'S NOTICE OF FILING OF ELECTRONIC MEDIA** |

Please take notice that, pursuant to Appendix H-III(C) of the Court's Local Rules, Plaintiff State of Georgia has filed the following document on a flash drive:

- Exhibit B to Declaration of Dawn Bae regarding Brent Detelich's Employment, Video of Brent Detelich

Dated: July 16, 2024            Respectfully submitted,

/s/ Jacquelyn L. Kneidel
JACQUELYN L. KNEIDEL
Ga. Bar No. 644727
Office of the Attorney General Chris Carr
Georgia Department of Law
2 Martin Luther King, Jr. Drive, SE, Suite 356
Atlanta, GA 30334
Tel:   (404) 458-3871
Email: jkneidel@law.ga.gov

*Attorney for Plaintiff State of Georgia*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2024, I caused service of *Plaintiffs' Notice of Filing of Electronic Media* to be made by electronic filing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

| | |
|---|---|
| Date: July 16, 2024 | /s/ Jacquelyn L. Kneidel<br>JACQUELYN L. KNEIDEL |

## **CERTIFICATE OF COMPLIANCE**

I hereby certify, pursuant to Local Rule 7.1(D), that this document complies with Local Rule 5.1(C), as it was prepared using a 14-point Times New Roman font.

Date: July 16, 2024                              /s/ Jacquelyn L. Kneidel
                                                 JACQUELYN L. KNEIDEL