UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION and STATE OF GEORGIA,<br><br>   Plaintiffs,<br><br>   v.<br><br>STEVEN D. PEYROUX, individually and as an owner and officer of REGENERATIVE MEDICINE INSTITUTE OF AMERICA, LLC, also d/b/a Stem Cell Institute of America, LLC, PHYSICIANS BUSINESS SOLUTIONS, LLC, and SUPERIOR HEALTHCARE, LLC,<br><br>BRENT J. DETELICH, individually and as an officer of REGENERATIVE MEDICINE INSTITUTE OF AMERICA, LLC, also d/b/a Stem Cell Institute of America, LLC,<br><br>REGENERATIVE MEDICINE INSTITUTE OF AMERICA, LLC, a limited liability company, also d/b/a Stem Cell Institute of America, LLC,<br><br>PHYSICIANS BUSINESS SOLUTIONS, LLC, a limited liability company, and<br><br>SUPERIOR HEALTHCARE, LLC, a limited liability company,<br><br>   Defendants. | Case No. 1:21-cv-03329-AT<br><br>**PLAINTIFF STATE OF GEORGIA'S NOTICE OF RE-FILING STATE OF GEORGIA'S POSITION ON DEFENDANTS' ABILITY TO PAY AND POST-HEARING EVIDENCE OF REFUNDS and DECLARATION OF JACQULEYN KNEIDEL** |

Pursuant to Minute Entry, Docket No. 156, Plaintiff State of Georgia hereby re-files State of Georgia's Position on Defendants' Ability to Pay and Post-Hearing Evidence of Refunds (Doc. 168-1) and Declaration of Jacquelyn Kneidel (Doc 168-2).

Dated:  July 17, 2024                Respectfully submitted,

/s/ Jacquelyn L. Kneidel
JACQUELYN L. KNEIDEL
Ga. Bar No. 644727
Office of the Attorney General Chris Carr
Georgia Department of Law
2 Martin Luther King, Jr. Drive, SE, Suite 356
Atlanta, GA 30334
Tel:   (404) 458-3871
Email: jkneidel@law.ga.gov

*Attorney for Plaintiff State of Georgia*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2024, I caused service of this *Plaintiff State of Georgia's Notice of Re-Filing State of Georgia's Position on Defendants' Ability to Pay and Post-Hearing Evidence of Refunds and Declaration of Jacquelyn Kneidel* to be made by electronic filing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

Date: July 17, 2024                                                  /s/ Jacquelyn L. Kneidel
                                                                                    Jacquelyn L. Kneidel

## **CERTIFICATE OF COMPLIANCE**

I hereby certify, pursuant to Local Rule 7.1(D), that this document complies with Local Rule 5.1(C), as it was prepared using a 14-point Times New Roman font.

Date: July 17, 2024                                                              /s/ Jacquelyn L. Kneidel
                                                                                           Jacquelyn L. Kneidel